JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND(erroneously sued herein as the
RICHMOND POLICE DEPARTMENT), OFFICER A. DOBIE,
and OFFICER GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DOSS, JR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RICHMOND POLICE DEPARTMENT;<br>DEPARTMENT OF CORRECTIONS;<br>KENNETH STANSBURY; OFFICER A.<br>DOBIE; OFFICER GRIFFIN; MURIEL<br>MARTIN,<br><br>　　　　Defendants. | Case No. C07-2708 MJJ (PR)<br><br>**[PROPOSED] ORDER GRANTING TIME EXTENSION FOR DEFENDANTS' FILING OF DISPOSITIVE MOTION**<br><br>Judge: Hon. Martin J. Jenkins<br>Location: Courtroom 11, 19th Floor,<br>　　　　　450 Golden Gate Ave.,<br>　　　　　San Francisco<br><br>Trial Date: None |

　　　　Defendants City of Richmond, Officer Dobie and Officer Griffin ("Defendants") submitted a Declaration of Noah G. Blechman in Support of a Request for an Order Extending Time to File a Dispositve Motion. Defendants' requested an extension of time of 45 days to file a dispositive motion, until <u>December 21, 2007</u>, due to fact that Defendants are preparing to take Plaintiff's deposition, while Plaintiff is incarcerated, on October 30, 2007. After full consideration of the Declaration, the facts and circumstances of this case, as well as the current procedural status, and good cause having been shown by Defendants, the Court finds that Defendants' Request is hereby GRANTED in total.

　　　　ACCORDINGLY, IT IS HEREBY ORDERED that the time to file a dispositive motion is

ORDER GRANTING TIME EXTENSION FOR
DEFENDANTS' FILING OF DISPOSITIVE
MOTION – CO7-7208 MJJ (PR)

extended for 45 days, making the new deadline for the filing of a dispositive motion no later than <u>December 21, 2007</u>. Per the Court's August 8, 2007, order, Plaintiff's opposition shall be filed with the Court and served on Defendants no later than thirty (30) days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen (15) days after Plaintiff's opposition is filed. All other orders and mandates per the Court's August 8, 2007, order are still in effect.

IT IS SO ORDERED.

Dated:_____

                        Hon. Judge Martin J. Jenkins
                        United States District Judge

**ORDER GRANTING TIME EXTENSION FOR DEFENDANTS' FILING OF DISPOSITIVE MOTION – CO7-7208 MJJ (PR)**     2