1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **JIMMIE L. DOSS,** | C 07-2708 MJJ (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **RICHMOND POLICE DEPARTMENT, et al.,** | |
| Defendants. | |

17     The Court has considered all supporting and opposing arguments regarding Defendants

18 Kenneth Stansbury and Muriel Martin's Motion to Dismiss.  The Court finds that Plaintiff's

19 complaint fails to state a claim upon which relief may be granted and that the Defendants are

20 entitled to immunity.  The court further finds that Plaintiff's claims for damages are barred under

21 to 42 U.S.C. § 1997e(e) for failure to allege physical injury and Plaintiff fails to state sufficient

22 facts to support a claim for punitive damages.

23     Therefore, the Court GRANTS Defendants' motion to dismiss and this case is dismissed

24 with prejudice.

25

26 Dated: _____     _____

27                                         The Honorable Martin J. Jenkins
                                          United States District Court Judge
28

[Proposed] Order Granting Def.'s Mot. to Dismiss                    *Jimmie L. Doss v Richmond Police Dept. et al..*
                                                                   Case No. C 07-2708 MJJ (PR)

1