1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   CITY OF RICHMOND(erroneously sued herein as the
7  RICHMOND POLICE DEPARTMENT), OFFICER A. DOBIE,
   and OFFICER GRIFFIN
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | JIMMIE L. DOSS, JR.,                        | Case No. C07-2708 MJJ (PR)
13 |        Plaintiff,                           | [PROPOSED] ORDER GRANTING TIME
                                                   EXTENSION FOR DEFENDANTS'
14 |   vs.                                       | FILING OF DISPOSITIVE MOTION
15 | RICHMOND POLICE DEPARTMENT;                 | Judge: Hon. Martin J. Jenkins
   | DEPARTMENT OF CORRECTIONS;                    Location: Courtroom 11, 19th Floor,
16 | KENNETH STANSBURY; OFFICER A.                         450 Golden Gate Ave.,
   | DOBIE; OFFICER GRIFFIN; MURIEL                        San Francisco
17 | MARTIN,
                                                   Trial Date: None
18 |        Defendants.

19

20        Defendants City of Richmond, Officer Dobie and Officer Griffin ("Defendants")

21 submitted a Declaration of Noah G. Blechman in Support of a Request for an Order Extending

22 Time to File a Dispositve Motion. Defendants' requested an extension of time of 45 days to file a

23 dispositive motion, until <u>December 21, 2007</u>, due to fact that Defendants are preparing to take

24 Plaintiff's deposition, while Plaintiff is incarcerated, on October 30, 2007.  After full

25 consideration of the Declaration, the facts and circumstances of this case, as well as the current

26 procedural status, and good cause having been shown by Defendants, the Court finds that

27 Defendants' Request is hereby GRANTED in total.

28        ACCORDINGLY, IT IS HEREBY ORDERED that the time to file a dispositive motion is

ORDER GRANTING TIME EXTENSION FOR
DEFENDANTS' FILING OF DISPOSITIVE
MOTION – CO7-7208 MJJ (PR)

extended for 45 days, making the new deadline for the filing of a dispositive motion no later than December 21, 2007. Per the Court's August 8, 2007, order, Plaintiff's opposition shall be filed with the Court and served on Defendants no later than thirty (30) days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen (15) days after Plaintiff's opposition is filed. All other orders and mandates per the Court's August 8, 2007, order are still in effect.

IT IS SO ORDERED.

Dated: 11/07/07



Hon. Judge Martin J. Jenkins
United States District Judge

ORDER GRANTING TIME EXTENSION FOR
DEFENDANTS' FILING OF DISPOSITIVE
MOTION – CO7-7208 MJJ (PR)

2

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330