UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DOSS,<br><br>        Plaintiff,<br><br>  v.<br><br>RICHMOND POLICE DEPARTMENT et al,<br><br>        Defendant. | Case Number: CV07-02708 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmie L. Doss
Contra Costa County Jail
Prisoner No. 2007004034
901 Court Street
Martinez, CA 94553


Dated: November 8, 2007

Richard W. Wieking, Clerk
 By: R.B. Espinosa, Deputy Clerk