JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND(erroneously sued herein as the
RICHMOND POLICE DEPARTMENT), OFFICER A. DOBIE,
and OFFICER GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DOSS, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>RICHMOND POLICE DEPARTMENT; DEPARTMENT OF CORRECTIONS; KENNETH STANSBURY; OFFICER A. DOBIE; OFFICER GRIFFIN; MURIEL MARTIN,<br><br>Defendants. | Case No. C07-2708 MJJ (PR)<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE PLAINTIFF'S CLAIM UNDER FRCP 41 (b)**<br><br>Judge: Hon. Martin J. Jenkins<br>Location: Courtroom 11, 19th Floor,<br>450 Golden Gate Ave.,<br>San Francisco<br><br>Trial Date: None |

NOTICE IS HEREBY GIVEN that per the above-entitled Court, Courtroom 11 (19th Floor), located at 450 Golden Gate Avenue, San Francisco, California, CITY OF RICHMOND, OFFICER A. DOBIE, and OFFICER GRIFFIN ("Defendants"), will and hereby do move the Court for a dismissal of Plaintiff JIMMIE L. DOSS' ("Plaintiff") action against the moving Defendants under FRCP 41 (b). Plaintiff deliberately and fundamentally failed to prosecute his action, despite sufficient warning about the negative consequences. This causes severe and unduly prejudice to the Defendants and a negative impact on the speedy proceedings of this litigation and the Court's calendar. To avoid undue prejudice and to prevent further harassment and delay in this litigation, Defendants respectfully ask this Court to dismiss Plaintiff's action

NOTICE OF MOTION TO DISMISS

1  against the moving Defendants with prejudice for Plaintiff's failure to prosecute under FRCP 41
2  (b).
3      This motion is based upon this Notice of Motion and Motion, the accompanying
4  Memorandum of Points and Authorities, the Declaration of Noah G. Blechman, and attached
5  exhibits, and all pleadings and papers on file in this action, and upon such other matters as may be
6  presented to the Court at the time of the hearing.

Dated: November 19, 2007

McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
CITY OF RICHMOND (erroneously sued herein as the
RICHMOND POLICE DEPARTMENT), OFFICER A.
DOBIE, and OFFICER GRIFFIN

NOTICE OF MOTION TO DISMISS                2

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **NOTICE OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE PLAINTIFF'S CLAIM UNDER FRCP 41(b)** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

Plaintiff in Pro Per:

Mr. Jimmie L. Doss, Jr.
Prisoner #2007004034
901 Court Street
Martinez, CA 94553

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 19, 2007 at Walnut Creek, California.

_____
SABRINA AHIA