JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND(erroneously sued herein as the
RICHMOND POLICE DEPARTMENT), OFFICER A. DOBIE,
and OFFICER GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE L. DOSS, JR.,

Plaintiff,

vs.

RICHMOND POLICE DEPARTMENT; DEPARTMENT OF CORRECTIONS; KENNETH STANSBURY; OFFICER A. DOBIE; OFFICER GRIFFIN; MURIEL MARTIN,

Defendants.

Case No. C07-2708 MJJ (PR)

**DECLARATION OF NOAH G. BLECHMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE PLAINTIFF'S CLAIM UNDER FRCP 41 (b)**

Judge: Hon. Martin J. Jenkins
Location: Courtroom 11, 19th Floor,
450 Golden Gate Ave.,
San Francisco

Trial Date: None

I, Noah G. Blechman, declare:

1. I have personal knowledge of each matter stated herein for the following reasons: I am an attorney at law duly licensed to practice before the courts of the State of California and am a partner at the law firm of McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers, LLP; attorneys of record for Defendants City of Richmond, Officer Dobie and Officer Griffin ("Defendants").

2. This case involves a claim by Plaintiff Jimmie L. Doss (hereinafter "Plaintiff") under 42 U.S.C. § 1983 for false arrest and imprisonment against the Richmond Police

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

Department ("RPD"), individually named RPD Officers and Parole Agents of the California Department of Corrections (hereinafter "Defendants".) Plaintiff is an inmate in the Contra Costa County Jail and filed his civil rights complaint pro se.

3. Based on police reports and defense witnesses, I am aware of the following.

4. The first arrest occurred on October 20, 2006. RPD Officers Dobie and Griffin were assigned to work in the Iron Triangle District of Richmond due to constant problems with heavy drug-related crimes such as shootings and drug dealing in this area. Officers Dobie and Griffin approached the area of Harbor Way and Pennsylvania Avenue when they noticed a small group of people loitering. One of the males in the group, later identified as the Plaintiff, walked away as Officers Dobie and Griffin approached the group. Plaintiff entered a residence on 683 Harbor Way. The resident of that address, Ruby Judge (hereinafter "Judge"), was standing at the front gate and told Officers Dobie and Griffin that she did not know the Plaintiff and simply allowed him to use her restroom. When Plaintiff came out of the house he claimed that he was visiting Judge, his aunt. However, this statement had already been contradicted by Judge.

5. Plaintiff was then checked for outstanding warrants. RPD dispatch informed Officers Dobie and Griffin that Plaintiff had an outstanding no-bail warrant issued by the California Department of Corrections (Warrant #2060936169, Violation: Parolee at Large). The Plaintiff was then arrested and transported to the RPD.

6. A short time later, Officer Dobie was informed that a model .38 caliber revolver, which was loaded with five (5) live bullets, was found in Judge's house. Apparently, Plaintiff had stashed this gun inside Judge's house when he had walked into the house to allegedly use the restroom. Plaintiff was then booked in the RPD jail for a violation of Penal Code § 12021(a)(1) and the outstanding warrant.

7. The second arrest occurred on February 5, 2007, for an outstanding warrant from the October 20, 2006 arrest.

8. Plaintiff alleges that the charges, for which he was arrested, were later dismissed and that his arrest and imprisonment on both of these occasions were false. On 5-22-07, Plaintiff filed a civil rights case under 42 U.S.C. §1983 for false imprisonment and arrest against the City

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

of Richmond (erroneously sued as Richmond Police Department), individually named RPD Officers and Parole Agents of the CA Department of Corrections. Plaintiff is currently an inmate in the Contra Costa County Jail and filed his civil rights complaint pro se.

9. A true and correct copy of Plaintiff's Complaint, filed May 22, 2007, is attached hereto as Exhibit A.

10. On September 19, 2007 Defendants duly noticed Plaintiff's deposition for October 30, 2007, at the Martinez Detention Facility, 901 Court Street, Martinez, California. (See Exhibit B to Blechman Decl.)

11. A true and correct copy of Defendants' Deposition Notice, served September 19, 2007, is attached hereto as Exhibit B.

12. It was vital for Defendants to take Plaintiff's deposition early in this litigation to properly prepare for trial and, more importantly, to timely prepare for a motion for summary judgment. The motion for summary judgment was initially due for filing 90 days from the date of Your Honor's Order, filed August 8, 2007. In order to duly prepare the motion, including a thorough evaluation of any existing factual disputes, it was crucial that Defendants first depose Plaintiff to flush out any and all factual issues. Therefore, Defendants asked Your Honor for a 45-day time extension to file their motion for summary judgment until after Plaintiff's scheduled deposition took place, which was granted by Your Honor.

13. A true and correct copy of Your Honor's Order, filed November 8, 2007, is attached hereto as Exhibit C.

14. On October 30, 2007, Plaintiff appeared at his deposition in jail in pro per. However, after he had received the standard instructions about the deposition procedure, Plaintiff refused to speak to Defendants' counsel Noah G. Blechman. Plaintiff's unreasonable refusal to participate in the prosecution of his case is clearly documented in the following statements made by Plaintiff at his deposition:

15. Plaintiff firmly and repeatedly stated that he did not want to talk to counsel. (¶8:5 – 10:16.) Mr. Blechman explicitly and repeatedly told him that he will ask the Court to dismiss Plaintiff's action for failure to prosecute if Plaintiff refuses to participate in his deposition, to

which Plaintiff responded "I don't care." (¶8:16–20; ¶10:4–6.) Plaintiff told Mr. Blechman that "it won't happen" and that he will not get "no kind of record" on him. (¶8:22–25.) If Defendants would want to know anything from the complaint, they should read it. (¶9:1–4.) Plaintiff further said that he "does not have to participate in his civil case" and "does not have to talk to the police attorney." (¶10:8–14.) Off the record, Plaintiff threatened to sue Mr. Blechman for some unknown reasons. (¶11:16–17.) Plaintiff then left his deposition.

15. A true and correct copy of Plaintiff's Deposition Transcript from October 30, 2007, is attached hereto as Exhibit D.

16. Based on Plaintiff's deliberate and fundamental refusal to participate in his civil action, despite repeated warnings that his case may get dismissed, Defendants are unable to gather crucial evidence in preparation for their motion for summary judgment and for trial. Based on Plaintiff's abrasive and uncooperative demeanor, Plaintiff will has not prosecuted his case. Therefore, to avoid undue prejudice and to prevent further harassment and delay in this litigation, moving Defendants' are now forced to bring this motion to dismiss Plaintiff's action with prejudice for Plaintiff's failure to prosecute under FRCP 41 (b).

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19 day of November, 2007, at Walnut Creek, California.

By: ______________________
Noah G. Blechman

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **DECLARATION OF NOAH G. BLECHMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE PLAINTIFF'S CLAIM UNDER FRCP 41(b)** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

Plaintiff in Pro Per:

Mr. Jimmie L. Doss, Jr.
Prisoner #2007004034
901 Court Street
Martinez, CA 94553

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 19, 2007 at Walnut Creek, California.

[signature]
SABRINA AHIA

# EXHIBIT A

MAY 2007

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name DOSS, JIMMIE L.

(Last) (First) (Initial)

Prisoner Number #2007004034

Institutional Address 901 Court St / Martinez, CA. 94553 "County Jail"

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Jimmie L. Doss Jr.
(Enter the full name of plaintiff in this action.)

vs.

#1). City of Richmond Police (Chief)
2) Officer: Miles Bailey (R.P.D)
3) Officer: E. Zeltser (M.P.D)
4) Richmond Police Department
5) Moraga Police Department (Chief)
(Enter the full name of the defendant(s) in this action)
#6). Officer: L. Hendricsen (R.P.D)

Case No. [illegible]
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Jury Trial Demanded

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement 901 Court St / Martinez, CA. 94553

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES( ) NO (X)

D. If your answer is YES, list the appeal number and the date and result of the

→ Trust account list attached ← → proof of service attached ← ← page #1 of (15) →

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal N/A

2. First formal level NA

3. Second formal level

4 Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. out of custody complaint not against jail officials

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Timmie L. Doss Jr.
901 Court St
Martinez, CA. 94553

B. Write the full name of each defendant, his or her official position, and his or her

place of employment.

#1). MILES BAILEY (OFFICER) CITY OF RICHMOND CA.

#2). E. ZELTSER (OFFICER) MORAGA POLICE. ACTING AS (R.P.D) UNIT

3). L. HENDRICKSEN (DETECTIVE) OF RICHMOND POLICE FORCE

4). CITY OF RICHMOND POLICE (CHIEF)

5). MORAGA POLICE (CHIEF)

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON FEBURARY 20TH 2007 I (MR. DOSS) WAS FALSILY ARRESTED BY DEFENDANTS ABOVE OF: M. BAILEY, OF: E. ZELTSER L. HENDRICKSEN (DETECTIVE). AS WELL AS A HOST OF OTHERS

HOWEVER, IT'S ALLEGED THAT AFTER BEING BOOKED INTO (R.P.D) OFFICERS HAD CONTACTED MY FAMILY TO COME GET MY (MR DOSS'S) KEYS FROM MY PROPERTY TO REMOVE MY 1994 BLUE BUICK LESABRE FROM THE ARRESTING SCENE

YET IT IS FURTHER ALLEGED FAMILY WAS DENIED BY BOOKING ROOM STAFF TO RETRIEVE THE KEYS THOUGH A DETECTIVE: L. HENDRICKSEN, IS ON MASSAGE TAPES MY WIFE HAS INFORMING HER TO COME & GET THE KEYS →

CONTINUE ON PAGE(S) (1) THRU (3)

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

(DAMAGES) IS REQUESTED AND (PUNITIVE DAMAGES)

(CONTINUE ON PAGE #(4)) AND ATTACHED PAGE #(5) LINE PAPER - PRAYER FOR RELIEF

To Remove said car [illegible] Chrome [illegible]

[illegible] Father alleged that that evening while still in the Richmond Jail, my Family had Responded to the area of 13th [illegible] [illegible] [illegible] [illegible] Direction By Detective: Hendrickson on my [illegible] [illegible] [illegible] -

yet upon arrival my sister, cousin, wife and/or Family Friend (all Females) observed a thief that had Broke into my car and was taking the [illegible] system out of my car, plus had the car Jacked up unscrewing the lugs off my 20 inch Chrome Rims) But was unable to take off the [illegible] lock lugs which needed a special device which I had in my property at the Jail. - However [illegible] of [illegible] lugs were removed off all [illegible] Rims) Because the [illegible] Rim was on [illegible] the Back [illegible] Due me changing it [illegible] [illegible] Before my arrest [illegible] a [illegible] was in place [illegible] Back wheel

[illegible] Further alleged that the trunk Lock was Broke out By the Thief to gain Entry plus the Back [illegible] small window had Been [illegible] out By the Thief to allow Entry in to Break the [illegible] of the [illegible] and [illegible] system, - plus the Thief Broke the [illegible] of the steering wheel to try to drive off and move the car. - However, my Family [illegible]

THE THIEF BEFORE HE CAN START THE CAR — MY FAMILY CALLED OFFICERS OF RICHMOND P.D. INCLUDING THE SAME OFFICERS WHOM FALSELY HAD ARRESTED ME EARLIER LESS THEN AN HOUR AGO HAD RESPONDED BACK TO THE SCENE WHEREBY MY SISTER AND COUSIN HAD THE THIEF CONTAINED WITH STICKS AND PIPES, [illegible] WHILE ALL THE MUSIC WAS PLACE BACK INTO THE TRUNK OF MY CAR — THE 20 INCH FLAT RIM IN THE BACK SEAT WAS LOCATED BEHIND THE THIEF'S APARTMENT AND CONTINUE — WHICH WAS PLACED BACK IN THE CAR.

YET OFFICER(S) KNEW MY CAR WAS THERE, ALSO INFORMED BY MY FAMILY THAT THE CAR WAS NOT THE THIEF'S CAR AND THE CAR WAS LOCKED UP, SO THE THIEF HAD NO REASON TO BE IN THE CAR OR BREAKING OR PLAYING WITH THE CAR, PLUS THEY'VE SEEN THE CAR UP ON A JACK, LUGS OFF ALL TIRES, WINDOW CRASHED OUT, TRUNK LOCK PRYED OUT AND STEERING WHEEL BROKE, AS WELL THE FLAT RIM FROM BEHIND THE THIEF'S APARTMENT AS WELL AS COVERS TO THE LUGS THAT GO ON THE RIM IN THE THIEF'S BACK SEAT OF HIS CAR — WHICH UPON RECEIVED, PLUS THE REASON I GIVE TO POLICE ABOUT WHY HE WAS IN THE CAR —

THE THIEF STATED: HE ASKED THE OWNER OF THE CAR SOME MUSIC SYSTEM BUT SINCE HE WAS ARRESTED EARLIER HE THE THIEF DECIDED TO BREAK INTO THE CAR WITHOUT OWNER'S CONSENT TO REMOVE ITEMS / AT THE TIME

my family Told officers: Bailey & Zeltzer "Nothing" in The car Belonged To This person And simply look at The scene And it's clear That Thief was stripping The car.

It is further alleged That These officers Took The music out my Trunk And handed it To The Thief And Threaten To arrest my sister And wife if They protest and Then gave my sister and wife permission To have The car Towed home which They did after putting wood legs Back on The Rims To stabilize it.

These officers Believed my family also my family Because They allowed Them To Remove my car By Tow Truck yet did not Believe Them about This man not Being Related And had "No" Reason To Touch This car - The Thief in confession showed he was not suppose To Be in The car and That He had Broke in with [illegible] To Remove items - That is a Burglary Robbery and attempted auto Theft. So why Did These officers let him go and give him my stereo system which further help The Thief in his crime. These officers are liable and negligent.

— INFORMATION ON THIEF —

#1). THE ABOVE THEFT WAS COMMITTED BY A AFRICAN AMERICAN MALE THAT LIVES AT THE APARTMENT COMPLEX WHERE THEFT TOOK PLACE AT 1317 COALINGA AVE. ADDRESS:

1317 COALINGA AVE
RICHMOND, CA. 94801

#2). NAME: KEVIN

WILD LONG HAIR LOOK LIKE DREADS BUT IS NOT SIMPLY IS [illegible] UP TO LOOK THAT WAY SO HE CAN TAKE [illegible]

#3). DRIVES BLACK OLDER LOOKING BUICK [illegible] PLATE # NUMBER:

#4HEV468

#4). APARTMENT NUMBER UNKNOWN FOR SURE BUT IS NEXT TO THE WASH ROOM AT THE TOP OF THE STAIRS, NOT LEFT SIDE, BUT DOOR FACING THE STAIRS, AT BACK OF WALK PATH.

#5). [illegible] HIM AND [illegible] SO ALLOW HIM TO [illegible]

[illegible]

("DAMAGES")"
IT IS REQUESTED THAT ALL DEFENDANT(S) DIRECTLY RESPONSIBLE AWARD PLAINTIFF $250,000.00 EACH) and "punitive DAMAGES" IN THEE AMOUNT "2.5 million DOLLAR(S) PLEASE SEE stipulation clause FOR CHARITY split FOR ME AND CHARITY TO SCHOOL(S) →
— CONTINUE ON ATTACHED —

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19 day of MARCH, 20 07

Mr. Jimmie L. Dees Jr.
(Plaintiff's signature)

# PRAYER FOR RELIEF
## (Stipulations)

EACH DEFENDANT must pay DAMAGES

#1). $250,000.00 FROM officer: miles Bailey. To plaintiff Towards Recovery of Lost -

#2) $250,000.00 FROM officer: ZELTSER (moraga) police "acting" as Richmond p.D. on 2/20/2007 To Be paid To plaintiff Towards Recovery of Lost

#3) $250,000.00 From The City of Richmond To cover Those DEFENDANTS "unknown" That was Also on Scene Responding And Involved To Be paid To plaintiff Towards Recovery of Lost.

#4) punitive Damages To Be In The amount of $2.5 million Dollars From The "agency" That "employ" These Responsible Defendan[ts] punitive Damages To Be split In The Follow-ing ways:

$1.5 million To plaintiff

$1 million To All The school(s) of my (kids) choice In Richmond

#5) The Retraining of All officer(s) Involved To assure This Don't Ever Happen Again.

#6) settlement open To Negotiation, But "not" Looking To Deal or except Less Then Fairness

— ITEMS STOLEN —

#1). "music system" — (4)-15 INCH woofer's (2 BOXES) IN (MODEL) FALSEGATE 1000 watts EACH

#2). (4) amplifiers 1000 watts each (1- CRUNCH / 1- 1000 JENSEN (2- ZEUS 1000 watt amps

#3) (1)-CROSS OVER: "ALPINE"

#4). (2) - 6 BY 9's speakers in Back Deck (2) - 6 By 9's IN Right / Left Doors

#5). (2)- 300 watt HORN's (Back Deck)

#6). (1)-DISC CHANGER sliding FACE COVER DECK w/ REMOTE.

#7). Plugs and Cords and Fuse's Boxe

#8). 1) LEATHER JACKET BLACK with DESIGNS stitched in of Clowns w/ hand guns (No Hood).—

#9) 1) - pair of RED LEATHER SHOES (T-MAC) REEBOK.

#10). 1). - Button Down RED Shirt with small Black white LINES THAT make small 1/4 size BOXES. —

#11). 1 - Small camera / RECORDER THAT IS CREAME color

#12). 1 - LAPTOP (SONY - VGN - FE 880 E/H DUO mobile)).

#13). 1 - 2 way security system w/ Remote start model: UNG Still IN Box.—

Continue [illegible]

#14) 1)- [illegible] of C.D.'s [illegible]

#15) 1)- Cell phone [illegible] Blu-Tooth Head Set

#16) 1)- phone charger for car/house.

#17) 1). Documents from [illegible] + Pictures all with my name and [illegible] also the [illegible] [illegible] inside [illegible] [illegible] legal papers to my case [illegible] with my name and [illegible] as well as [illegible] [illegible]

#18) Car was bought in Feb 2007 from Dealer Brand New — $3100.00 and Damaged by thief were the following

#1) Steering wheel [illegible] broke out

#2) Back [illegible] window broke out.

#3) Trunk lock broke out.

#4) [illegible]

#5) Damage to [illegible] [illegible] [illegible] same device [illegible] [illegible] to break [illegible] [illegible]

#6) [illegible]

— page #(12) of (16). —

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Jimmie L. Doss, Jr.,
Plaintiff,

vs.

M. Bailey / E. Zelaser / L. Hendricksen / R.P.D
City of R.P.D
Mokbqa'o-D
Defendant.

CASE NO. ________________

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Jimmie L. Doss, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: // Net: //

Employer: N/A — N/A —

— page (13) of (16) —

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

— Not EMPLOYED — ever BEEN in prison, 11 years til recently

N/A —

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A. —

3. Are you married? — Yes ___ No X

Spouse's Full Name: N/A —

Spouse's Place of Employment: N/A.

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A — Net $ N/A —

4. a. List amount you contribute to your spouse's support:$ N/A —

page (14) of (26)

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $___________ Amount of Mortgage: $___________

6. Do you own an automobile? Yes X No ___

Make Buick Year 1994 Model LASABRE

Is it financed? Yes _____ No ✓ If so, Total due: $ SOLD MARCH 5, 07

Monthly Payment: $ N/A

7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ ___________

Do you own any cash? Yes ___ No ✓ Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

N/A

8. What are your monthly expenses?

Rent: $ N/A Utilities: N/A

Food: $ ___________ Clothing: ___________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ N/A | $ |
| | $ | $ |
| | $ | $ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/20/2007 — DATE

Mr. Jimmie L. Doss Jr. — SIGNATURE OF APPLICANT

Case Number: ____________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Doss, Jimmie L. for the last six months at Contra Costa County (aka Jimmie L. Doss, Jr.) Sheriffs' Detention Facility [prisoner name] #2007004034. Martinez County Jail where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 13.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 3.65.

Dated: 5-1-07

Sheila Dambois[e]

[Authorized officer of the institution]

# EXHIBIT B

JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND (erroneously sued herein as the RICHMOND POLICE DEPARTMENT), OFFICER A. DOBIE, and OFFICER GRIFFIN

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE L. DOSS, JR.,

Plaintiff,

vs.

CITY OF RICHMOND POLICE; OFFICER MILES BAILEY; OFFICER E. ZELSTER; RICHMOND POLICE DEPARTMENT; MORAGA POLICE DEPARTMENT; and OFFICER L. HENDRICSEN; ,

Defendants.

Case No. C07-2708 MJJ (PR)

**NOTICE OF DEPOSITION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that at 9:00 A.M., on October 30, 2007, at the Martinez Detention Facility, 901 Court Street, Martinez, California, Defendants Officer A. Dobie and Officer Griffin, by and through their attorney, will take the deposition of Plaintiff JIMMIE L. DOSS, JR. upon oral examination, said deposition to continue from day to day until completed.

YOU ARE FURTHER NOTIFIED that pursuant to FRCP 30(b)(5) defendants demand that plaintiff bring to said deposition the following documents:

1. Any and all documents that support your allegations in your complaint of May 22, 2007.

2. Any and all documents supporting any claim by you for damages that is being made in the above-entitled matter.

Dated: September 19, 2007

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: ______________________
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
CITY OF RICHMOND (erroneously sued herein as the RICHMOND POLICE DEPARTMENT), OFFICER A. DOBIE, and OFFICER GRIFFIN

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **NOTICE OF DEPOSITION** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

Plaintiff in Pro Per:

Mr. Jimmie L. Doss, Jr.
Prisoner #2007004034
901 Court Street
Martinez, CA 94553

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 19, 2007 at Walnut Creek, California.

SABRINA AHIA

# EXHIBIT C

JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND(erroneously sued herein as the RICHMOND POLICE DEPARTMENT), OFFICER A. DOBIE, and OFFICER GRIFFIN

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE L. DOSS, JR.,

Plaintiff,

vs.

RICHMOND POLICE DEPARTMENT; DEPARTMENT OF CORRECTIONS; KENNETH STANSBURY; OFFICER A. DOBIE; OFFICER GRIFFIN; MURIEL MARTIN,

Defendants.

Case No. C07-2708 MJJ (PR)

**~~[PROPOSED]~~ ORDER GRANTING TIME EXTENSION FOR DEFENDANTS' FILING OF DISPOSITIVE MOTION**

Judge: Hon. Martin J. Jenkins
Location: Courtroom 11, 19th Floor, 450 Golden Gate Ave., San Francisco

Trial Date: None

Defendants City of Richmond, Officer Dobie and Officer Griffin ("Defendants") submitted a Declaration of Noah G. Blechman in Support of a Request for an Order Extending Time to File a Dispositve Motion. Defendants' requested an extension of time of 45 days to file a dispositive motion, until December 21, 2007, due to fact that Defendants are preparing to take Plaintiff's deposition, while Plaintiff is incarcerated, on October 30, 2007. After full consideration of the Declaration, the facts and circumstances of this case, as well as the current procedural status, and good cause having been shown by Defendants, the Court finds that Defendants' Request is hereby GRANTED in total.

ACCORDINGLY, IT IS HEREBY ORDERED that the time to file a dispositive motion is

Case 3:07-cv-027 -MJJ Document 14 Filed 11/0( )07 Page 2 of 2

extended for 45 days, making the new deadline for the filing of a dispositive motion no later than December 21, 2007. Per the Court's August 8, 2007, order, Plaintiff's opposition shall be filed with the Court and served on Defendants no later than thirty (30) days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen (15) days after Plaintiff's opposition is filed. All other orders and mandates per the Court's August 8, 2007, order are still in effect.

IT IS SO ORDERED.

Dated: 11/07/07

Hon. Judge Martin J. Jenkins
United States District Judge

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

COPY

| | |
|---|---|
| JIMMIE L. DOSS,<br>Plaintiff,<br>vs.<br>RICHMOND POLICE DEPARTMENT, et al.,<br>Defendants. | No. C07-2708 MJJ (PR) |

DEPOSITION OF JIMMIE L. DOSS

Taken before ELIZABETH O'KANE, a Certified Shorthand Reporter, License No. C-5678, State of California

October 30, 2007

--oOo--

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

# I N D E X

## INDEX OF EXAMINATIONS

| EXAMINATION BY: | Page |
|---|---|
| MR. BLECHMAN | 4 |

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

BE IT REMEMBERED, that pursuant to Notice to the respective parties, and on Tuesday, October 30, 2007, commencing at the hour of 9:19 a.m. thereof, at the MARTINEZ DETENTION FACILITY, 901 Court Street, Martinez, California 94553, before me, ELIZABETH O'KANE, a Certified Shorthand Reporter, License No. C-5678, State of California, there personally appeared:

JIMMIE L. DOSS,

called as a witness on behalf of the defendants, who, being first duly sworn, was then and there examined and interrogated as hereinafter set forth.

--oOo--

JIMMIE L. DOSS, the plaintiff, Martinez Detention Facility, 901 Court Street, Martinez, California 94553, appeared in pro per; and

NOAH G. BLECHMAN, Attorney at Law, representing the Law Offices of MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS, 1211 Newell Avenue, P.O. Box 5288, Walnut Creek, California 94596-1288, appeared as counsel on behalf of the defendants.

--oOo--

JIMMIE L. DOSS,

called as a witness on behalf of the defendants, having first been duly sworn by the Shorthand Reporter to testify the truth, the whole truth and nothing but the truth, testified as follows:

EXAMINATION BY

MR. BLECHMAN:

Q. Okay. Mr. Doss, again, my name is Noah Blechman. We talked briefly for a couple of minutes off the record about what we're doing here today, and I'll just explain it for you again so you can understand it and it's for the record, also.

Basically, you filed a federal lawsuit against some defendants, including the City of Richmond, some Richmond police officers, as well as some of your parole officers and the California Parole Department, I guess.

Anyways, this being a civil case, I can't talk to you in my office or in your attorney's office or whatnot. Currently, you don't have an attorney in this case. You filed this case on your own in pro per and you're currently incarcerated here at the Martinez Detention Facility. And we wanted just to find out, you know, some information about this case you filed against the city and these two Richmond police officers. So that's why we organized this deposition here today in

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

Martinez Detention Facility.

Now, let me just go over some basic ground rules of a deposition. Basically, you just took an oath from the court reporter to tell the truth, the whole truth, nothing but the truth, essentially, and that oath has the same force and effect, basically, it means the same thing, as if you took that oath in court in front of a judge or a jury.

So even though we're here in an informal setting in this conference room at the Martinez Detention Facility, that oath has the same effect as if you were testifying right now in court. Okay? Does that make sense?

A. Yeah.

Q. Okay. And the purpose of a deposition is really just for me to get information from you on the record, you know. What did you say, what do you know, those types of things.

I'm just going to be asking you some questions. It's just a way that we can get some information and put it into a formal, you know, document which will be like a booklet form. It will show everything that we're saying today in this room.

A. I already know what you're doing. I already know what you're doing. You're trying to keep records of my statements so you can later on try to use them in

the court against me just in case one of them might don't match up to what I say in my complaint. I know what they say is right here, but we can go along with it.

Q. Well, I can tell you that this happens in every civil case out there that's filed.

A. It's trippin'. We can go along with it. The truth is the truth.

Q. Yeah. Exactly. That's all I want is for you to give me, you know, the truth when I ask you questions about things. That's all I'm seeking, you know, today, just to find out what you know since I don't know everything that you know. I don't know everything surrounding the arrest you had, which are the basis for your federal lawsuit.

So courts give us a chance to do this type of stuff informally. Otherwise, it would take up too much court time for people to go into court for these type of things. This is called discovery where you can kind of discover information.

Theoretically, you know, you can take depositions, too. It's a little difficult because you're representing yourself right now and, you know, you're currently incarcerated. But if you get out, you know, and you have money to pay for it, you can take a

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

deposition of my officers or take a deposition of your parole agent or whatever the case may be. You're entitled to do that as a civil litigant.

A. Okay. So if I'm entitled to do that, right, okay, why I got to have enough money to do it? Why they just won't do it as an indigent inmate?

Q. Well, you know, I don't know all the nuances of the finances.

A. Don't I got the same rights as any other inmate?

Q. Well, yes and no. In a civil case, you know, you have to pay for various procedures to occur. In a criminal case, you know, you're entitled to a lot of that stuff. Either somebody's paying their defense attorney to do some of these things or you might be appointed a public defender who does it on your behalf. But you don't have those same rights when you're filing a civil case because that's -- that's sort of the optional court system, you know.

A. Under indigent inmate status I've got the right as a pro per inmate to access everything that attorneys access, whether legal witnesses, investigators, experts, et cetera. So why I have not been given one of these depositions against one of your officers?

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

Q. Well, you might want to look into that. I can't give you legal advice, but I can tell you --

A. Did the court send you down here?

Q. No. This was our choosing, basically.

A. I don't want to talk no more then. If the court didn't send you, I don't want to talk to you.

Q. Hold on a second. Look, let me just -- you know, I'm trying to be straight with you here.

A. If the court didn't send you out, I don't want to talk to you. I'll just see you in court, man. I don't want to talk to you. If the court didn't send you, I don't want to talk to you.

Q. I'll tell you right now, Mr. Doss, that, you know, if you don't talk to me today, because we're entitled -- courts give us powers to do this type of thing. If you don't talk to me today, what I'm going to do is I'm going to tell the court that you've not participated in your prosecution of this civil action, and I'm going to ask the court to dismiss your case.

A. I don't care. I'll file it to the higher courts. Okay. You can ask what you want to ask. I mean, it won't happen. You know what I mean? You're not going to come up here and get no kind of record on me and say that I made this statement or made that statement to cover your officers. You got the

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

complaint. If you want to know anything in the complaint, you read it. That's what the complaint is for. You read it. I got copies of it, you got copies of it. That's what it is, man.

Q. What happens is --

A. And when I get out, I got me a private attorney on deck right now. So I'm not even worried about it, man. So do what you want to do, man.

Q. Maybe I'm not -- maybe you're not understanding me.

A. No, maybe you're not understanding me. I was under the interpretation that you brought the court reporter in here like the judge sent you up here to do this because they didn't want to hold it in a courtroom. That's what you told me. That's what you told me, that, you know, the courtrooms is too full up so they don't want to waste time, they want to do it up here.

In your case you already told me for one that it's a voluntary effort. That if you got enough money to do it, you can have a person come up here and do the same thing with your officers. Or you said that you and your firm had enough money to do it, so you had the deposition done yourself. And you openly admitted a minute ago the court didn't send you. You sent yourself here. So I don't want to talk to you. Take care of

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

yourself and you have a good day. I don't want to talk to you.

Q. I don't think you're understanding me. You know, if you want to leave right now, that's fine. I'm going to ask the court to dismiss your civil case.

A. I don't care.

Q. Because you're not participating in it.

A. I don't have to participate in it. Take me in front of the judge. I don't want to talk to you.

Q. Hold on a second. Mr. Doss, hold on a second.

A. I don't have to talk to you. I don't have to talk to the state attorney -- I mean, the police attorneys. I don't have to talk to you all, the sheriff attorneys. I don't have to talk to you all. Ain't nothing in my constitutional rights I've got to talk to your attorneys -- investigators.

Q. You do -- if you're bringing suit against me and -- or excuse me. If you're bringing suit against Richmond and these officers, you have to talk to me. Otherwise, you know, the court is going to dismiss your case, basically. You filed it against us. We're entitled to under the law --

THE WITNESS: Hey, Chris, who is this dude, man?

MR. BLECHMAN: Go off the record for a second.

(Break taken at 9:27 a.m.)

(Resumed at 9:29 a.m.)

MR. BLECHMAN: We're going back on the record. Mr. Doss has left the room. He does not want to participate in his deposition. He does not want to participate in this process. So we're going to formalize this transcript and ask the court to dismiss this case.

He steps out of the room. He said he doesn't want to participate in the deposition. He thinks we're trying to pull a fast one on him, essentially. I tried to explain to him several times that we're entitled to do this and courts have allowed us to this type of discovery.

He said he doesn't want to participate in this and he doesn't even care if we get this case dismissed. And then he also threatened that he would sue me for some unknown reason.

So based upon this transcript and Mr. Doss's failure to prosecute this action, we're going to seek a motion to dismiss from the court. And, you know, I don't think we should have to spend additional funds and resources of the City of Richmond to defend this action by having to come back to take Mr. Doss's deposition since we had this all set up for weeks and months now.

We properly noticed his deposition. The office of

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

the sheriff was nice enough to arrange for a conference room for us. They brought Mr. Doss down here on time, and then Mr. Doss was angry. He was not pleased with this process. He thinks that, you know, we are trying to do some underhanded stuff. I tried to explain to him that we are simply trying to get information from him regarding his allegations in this civil complaint that he filed.

And so we're going to now -- for his failure to prosecute this action and participate, we're going to seek a motion to dismiss. So that's it. We're going off the record.

(Whereupon, the deposition of JIMMIE L. DOSS was concluded at 9:31 a.m.)

--oOo--

____________________ ______________________________

DATE JIMMIE L. DOSS

Zandonella REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

STATE OF CALIFORNIA )
) ss.
COUNTY OF CONTRA COSTA )

I, ELIZABETH O'KANE, CSR, License No. C-5678, State of California, do certify:

That JIMMIE L. DOSS, the witness in the foregoing deposition, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was reported at the time and place therein stated by me, a Certified Shorthand Reporter, and thereafter transcribed into typewriting;

I further certify that I am not interested in the outcome of said action, nor connected with, nor related to, any of the parties of said action or to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of October, 2007.

Elizabeth O'Kane

ELIZABETH O'KANE, CSR, License No. C-5678, State of California.

Zandonella REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829