1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   CITY OF RICHMOND(erroneously sued herein as the
7  RICHMOND POLICE DEPARTMENT), OFFICER A. DOBIE,
   and OFFICER GRIFFIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JIMMIE L. DOSS, JR., | Case No. C07-2708 MJJ (PR) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE PLAINTIFF'S CLAIM UNDER FRCP 41 (b)** |
| vs. | |
| RICHMOND POLICE DEPARTMENT; DEPARTMENT OF CORRECTIONS; KENNETH STANSBURY; OFFICER A. DOBIE; OFFICER GRIFFIN; MURIEL MARTIN, | Judge: Hon. Martin J. Jenkins<br>Location: Courtroom 11, 19th Floor,<br>450 Golden Gate Ave.,<br>San Francisco |
| Defendants. | Trial Date: None |

Defendants' Motion for dismissal of Plaintiff 's action against the moving Defendants CITY OF RICHMOND, OFFICER A. DOBIE, and OFFICER GRIFFIN for failure to prosecute his claim under FRCP 41 (b) came on regularly for hearing on _____. After full consideration of the moving papers and supporting documents, the opposition and opposing arguments, and any oral arguments, if needed, the Court finds that Defendants' Motion for dismissal with prejudice for Plaintiff's failure to prosecute is GRANTED in total. Defendants have shown that Plaintiff JIMMIE L. DOSS deliberately and fundamentally failed to prosecute his action against moving Defendants, despite sufficient warning about the negative

ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS

consequences.  Plaintiff DOSS' failure to prosecute severely and unduly prejudices the Defendants and negatively impacts the speedy proceedings of this litigation and the Court's calendar.  To avoid undue prejudice and to prevent further harassment and delay in this litigation, Plaintiff's action will be dismissed against the moving Defendants with prejudice under FRCP 41 (b).

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff DOSS' action against the moving Defendants CITY OF RICHMOND, OFFICER A. DOBIE, and OFFICER GRIFFIN is dismissed with prejudice for Plaintiff's failure to prosecute his claim under FRCP 41 (b). Plaintiff's action against the moving Defendants CITY OF RICHMOND, OFFICER A. DOBIE, and OFFICER GRIFFIN is dismissed in its entirety, with prejudice.  Defendants are entitled to seek costs incurred in defending this action at their discretion.

IT IS SO ORDERED.

Dated:_____

_____
Hon. Judge Martin J. Jenkins
United States District Judge

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE PLAINTIFF'S CLAIM UNDER FRCP 41(b)** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

Plaintiff in Pro Per:

Mr. Jimmie L. Doss, Jr.
Prisoner #2007004034
901 Court Street
Martinez, CA 94553

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 19, 2007 at Walnut Creek, California.

_____
SABRINA AHIA