1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  DANIELLE F. O'BANNON, State Bar No. 207095
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5735
    Fax: (415) 703-5843
8
   Attorneys for Defendants Kenneth Stansbury and
9  Muriel Martin

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15 **JIMMIE L. DOSS,** | CASE NO. C 07-2708 MJJ (PR) |
| 16                    Plaintiff, | **DEFENDANTS' JOINDER IN DEFENDANTS' MOTION TO** |
| 17   v. | **DISMISS FOR FAILURE TO PROSECUTE PLAINTIFF'S** |
| 18 **RICHMOND POLICE DEPARTMENT, et al.,** | **CLAIMS UNDER FRCP 41 (b)** |
| 19                    Defendants. | |

20

21      PLEASE TAKE NOTICE  that Defendants Kenneth Stansbury and Muriel Martin join in

22 Defendants City of Richmond, Officer A. Dobie and Office Griffin's Motion to Dismiss for

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Defs.' Joinder                                                          *Jimmie Doss v Richmond Police Dept., et al.*
                                                                                Case No. C-07-2708 MJJ (PR)

1

Failure to Prosecute Plaintiff's Claim Under FRCP 41 (b).

Dated: November 21, 2007

        Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

ROBERT R. ANDERSON
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

DANIELLE F. O'BANNON
Deputy Attorney General
Attorneys for Defendants
Kenneth Stansbury and Muriel Martin

Defs.' Joinder

*Jimmie Doss v Richmond Police Dept., et al.*
Case No. C-07-2708 MJJ (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Jimmie Doss v. Richmond Police Dept.. et al.**

No.:   **U. S. D. C., N. D., SAN FRANCISCO DIV., C 07-2708 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 21, 2007</u>, I served the attached

### DEFENDANTS' JOINDER IN DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE PLAINTIFF'S CLAIMS UNDER FRCP 41 (b)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Jimmie L Doss**
**ID 2007004034/K-26294**
**Contra Costa County Jail**
**901 Court Street**
**Martinez, CA 94553**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 21, 2007**, at San Francisco, California.

| J. Baker | _(signature)_ |
|---|---|
| Declarant | Signature |

40189279.wpd