**FILED**

FEB 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DOSS,<br><br>    Plaintiff,<br><br>v.<br><br>RICHMOND POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. C 07-2708 MJJ (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Docket Nos. 12, 15 & 19) |

    Plaintiff, an inmate in the Contra Costa County Jail, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Because the complaint, when liberally construed, stated cognizable claims, the United States Marshal served it upon defendants. On January 8, 2008, plaintiff was ordered to show cause, within thirty days, why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff was warned that his failure to do so would result in the dismissal of this action. Plaintiff has not responded to the court's order. Accordingly, this matter is hereby DISMISSED.

    The clerk shall close the file and terminate docket numbers 12, 15, 19 and any other pending motions.

    IT IS SO ORDERED.

DATED: 2/26/2008

                                    MARTIN J. JENKINS
                                    United States District Judge

G:\PRO-SE\MJJ\CR.07\doss.dsm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DOSS, | Case Number: CV07-02708 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| RICHMOND POLICE DEPARTMENT et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danielle Felice O'Bannon F
Attorney General's Office - CLS
455 golden Gate Ave., suite 11000
San Francisco, CA 94102

James V. Fitzgerald
McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596

Jimmie L. Doss
Contra Costa County Jail
Prisoner No. 2007004034
901 Court Street
Martinez, CA 94553

Dated: February 27, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk