**FILED**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIMMIE L. DOSS,

    Plaintiff,

v.

RICHMOND POLICE DEPARTMENT,

    Defendant.
_____/

No. CV 07-02708 MJJ

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    This case is **DISMISSED.**

Dated:    2/27/2008

Richard W. Wieking, Clerk
By: _____
Monica Narcisse, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE L. DOSS,

        Plaintiff,

v.

RICHMOND POLICE DEPARTMENT et al,

        Defendant.
_____/

Case Number: CV07-02708 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danielle Felice O'Bannon F
Attorney General's Office - CLS
455 golden Gate Ave., suite 11000
San Francisco, CA 94102

James V. Fitzgerald
McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596

Jimmie L. Doss
Contra Costa County Jail
Prisoner No. 2007004034
901 Court Street
Martinez, CA 94553

Dated: February 27, 2008

*MNarcisse*
Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk